**LAW OFFICE OF JOHN McGOVERN**
221 Washington St. 2nd Floor
Newark, New Jersey 07101
(973) 313-1500
(973) 242-3353 Fax
Attorney for the Defendant

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | ORDER  10-869 (DRD) |
| YUNIOR LOPEZ | : | Magistrate No. 10-4117 (CCC) |

      This matter coming before the Court by way of defendant, through his attorney John P. McGovern, with consent of Assistant United States Attorney Zach Intrater;

      IT IS ORDERED that defendant's conditions of bail are hereby amended and revised to allow defendant to obtain a job;

      IT IS FURTHER ORDERED that home confinement shall continue, but defendant shall be permitted to remain outside the home for employment opportunities.

      All the other terms and conditions remain the same.

Dated: ~~May~~ August 2, 2011
Newark, New Jersey

By: _____
Honorable Claire C. Cecchi
United States ~~Magistrate~~ District Judge

By: _____
Zach Intrater
Assistant U.S. Attorney