**LAW OFFICE OF JOHN McGOVERN**
221 Washington St. 2nd Floor
Newark, New Jersey 07101
(973)313-1500
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISCTIRCT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA : | |
| v.   : | **ORDER** |
| YUNIOR LOPEZ   : | 2:10-cr-00869-DRD |

The following condition of bail is hereby amended and revised as follows:

The defendant's bail shall be modified from home incarceration with electronic monitoring to a curfew with electronic monitoring. The defendant's curfew hours are to be set as approved by Pretrial Services.

All the other terms and conditions remain the same.

By: _____

United States ~~Magistrate~~ Judge

With consent of the United States
Attorney's Office

_____
Zach Intrater